AO 247 (Rev. 03/19)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)          Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| | |
|---|---|
| United States of America<br>v.<br>Marquise Lee | )<br>)<br>)<br>)<br>)   Case No:   1:21CR00133-001<br>)   USM No:   38373-509<br>) |
| Date of Original Judgment:   03/29/2022<br>Date of Previous Amended Judgment:<br>*(Use Date of Last Amended Judgment if Any)* | )<br>)<br>)   Jacob Leon<br>)   *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   78 months   months **is reduced to**   73 months*   .
*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

\* 13 months on Count 3 and 60 months on Count 5, to be served consecutively, for a total of 73 months.

Except as otherwise provided, all provisions of the judgment dated   03/29/2022   shall remain in effect.
**IT IS SO ORDERED**.

Date: 9/5/2024          *James Patrick Hanlon*
          James Patrick Hanlon
          United States District Judge
          Southern District of Indiana